# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

26 Broadway, 27th Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

November 16, 2019

<u>Via ECF</u>
Honorable Paul A. Engelmayer, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Porricelli v. Midland Credit Management, Inc.*
      <u>SDNY Case No. 19-CV-7992 (PAE)</u>

Dear Judge Engelmayer:

My office, together with co-counsel, Cary Flitter, Esq., represents the plaintiff, Lisa Porricelli, in the above-referenced class action brought under the Fair Debt Collection Practices Act.

I am writing to request a three-week extension of Plaintiff's deadline to respond to the defendants' motion to compel arbitration. I am making this request because Mr. Flitter and I are attending a consumer-law conference most of this week and weekend and, therefore, we need additional time to research and oppose the motion.

Defendants have graciously agreed to this extension-request.

Respectfully,

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)