# BROMBERG LAW OFFICE, P.C.

| Brian L. Bromberg (Admitted in NY, NJ & CA) | 26 Broadway, 27th Floor |
| Joshua Tarrant-Windt, Associate (Admitted in NY) | New York, NY 10004 |
| | Phone: (212) 248-7906 |
| | Fax:   (212) 248-7908 |

December 23, 2019

<u>Via ECF</u>
Honorable Paul A. Engelmayer, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Porricelli v. Midland Credit Management, Inc.*
         SDNY Case No. 19-CV-7992 (PAE)

Dear Judge Engelmayer:

My office, together with co-counsel, Cary Flitter, Esq., represents the plaintiff, Lisa Porricelli, in the above-referenced class action brought under the Fair Debt Collection Practices Act.

I am writing to request a three-week extension of today's deadline to respond to the defendants' motion to compel arbitration. I am making this request the parties are discussing settlement and believe they may be able to resolve this case by January 6, 2019.

This is Plaintiff's third extension request. Defendants have consented. Plaintiff does not anticipate requesting a further extension

Respectfully,

Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER   12/26/19
United States District Judge