

**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY  10022

212-471-6200
212-935-1166 (fax)
**www.hinshawlaw.com**

Ellen B. Silverman
212-471-6200
esilverman@hinshawlaw.com

January 15, 2020

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Lisa Porricelli on behalf of herself and all others similarly situated v. Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc.*
            **Index No. 1:19-cv-07992-PAE**

Dear Judge Engelmayer:

    We represent Defendants Midland Credit Management, Inc. ("MCM"), Midland Funding, LLC ("MF") and Encore Capital Group, Inc. ("Encore") (collectively the "Defendants") in the above referenced matter.  We write with the consent of Plaintiff to respectfully request that the deadline for Defendants to file their Reply in further support of their pending Motion to Compel Arbitration (Dkt. 23) be set for February 20, 2020.

    On November 18, 2019, Your Honor issued an Order setting a briefing schedule for Defendants' Motion to Compel. (Dkt. No 24).  Thereafter, Plaintiff obtain three extensions - on consent of Defendants - of the deadline to oppose the Motion to Compel Arbitration. (*See* Dkt. Nos. 25 – 30 extending the deadline to oppose the Motion to Compel Arbitration from November 18, 2019 to January 13, 2020).  However, those extensions did not address Defendants' deadline to serve their Reply.

    Accordingly, this request is made to allow Defendants' counsel with the opportunity to review and investigate Plaintiffs' opposition with their clients in order to file the necessary Reply papers.

    This is the first request to set/extend the deadline for Defendants to serve their Reply in further support of the Motion to Compel Arbitration and is made with consent of Brian Bromberg, Esq, one of Plaintiffs' Counsel.

1024018\304980246.v1

Hon. Paul A. Engelmayer
January 15, 2020
Page 2

    We thank the Court for its consideration in this matter.

                                  Respectfully submitted,

                                  HINSHAW & CULBERTSON LLP
                                  *Attorneys for Defendant Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Management Group, Inc.*

                                By:    *s/ Matthew B. Corwin*
                                                Matthew B. Corwin

cc:    All counsel of record (Via ECF)

                                                                1/16/20

Granted.  The deadline for defendants' reply is February 20, 2020.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge

1024018\304980246.v1