UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
LISA PORRICELLI,                                                    :
                                                                    :            19 Civ. 7992 (PAE)
                                        Plaintiff,                  :
                                                                    :            ORDER
              -v-                                                   :
                                                                    :
MIDLAND CREDIT MANAGEMENT, INC. et al,                              :
                                                                    :
                                        Defendant.                  :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On June 5, 2020, the Court stayed this case to enable prompt arbitral resolution of plaintiff Lisa Porricelli's claims. Dkt. 41. The Court also directed the parties to submit a joint status letter to the Court every 90 days, advising the Court as to the status of arbitration proceedings. *Id.*

On September 3, 2020, the Court received its first, and to date only, such status update. Dkt. 42. The Court directs the parties to submit a joint status letter by October 19, 2021, advising as to the status of arbitration proceedings.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 12, 2021
       New York, New York