UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA PORRICELLI, on behalf of herself and all others similarly situated, | |
| Plaintiff, | NO. 19-CV-7992 (PAE) |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC., formerly MCM CAPITAL GROUP, INC., | |
| Defendants. | |

*Stipulation of Dismissal*

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff, Lisa Porricelli, and counsel for defendants, Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc., that this action is hereby dismissed with prejudice and without costs to either party. This Stipulation may be executed in counterparts and a copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: 10/13/2021

Plaintiff Lisa Porricelli

By: _____
Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
New York, NY 11225
Tel: (212) 248-7906

Dated: 10/13/2021

Defendants Midland Credit Management, Inc.,
Midland Funding, LLC, and
Encore Capital Group, Inc.

By: _____
Ellen B. Silverman
Hinshaw & Culbertson LLP
800 Third Ave, 13th Floor
New York, NY 10022
Tel: (212) 471-6229

SO ORDERED

_____
Paul A. Engelmayer, U.S.D.J.

Dated: October 14, 2021